No. 79–163. HOPMANN v. SOUTHERN PACIFIC TRANSPORTATION Co. Ct. Civ. App. Tex., 12th Sup. Jud. Dist. Certiorari denied.

No. 79–176. OSWALD ET AL. v. GENERAL MOTORS CORP.; and

No. 79–179. GENERAL MOTORS CORP. v. OSWALD ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 594 F. 2d 1106.

No. 79–178. SHUFFMAN, EXECUTRIX v. HARTFORD TEXTILE CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–187. MARCY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–193. LIVINGSTON ET UX. v. EWING, DIRECTOR, MUSEUM OF NEW MEXICO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 79–199. DEJARDIN v. UNION TRUST COMPANY OF MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 79–235. MOLEVER ET AL. v. PREISER ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–238. MUTUAL OF OMAHA INSURANCE Co. v. AYLESWORTH. C. A. 6th Cir. Certiorari denied.

No. 79–250. FRANKLIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–254. BRUNWASSER v. OFFICE OF DISCIPLINARY COUNSEL. Sup. Ct. Pa. Certiorari denied.

No. 79–263. GALBREATH v. NEWSPAPER PRINTING CORP. ET AL. Sup. Ct. Tenn. Certiorari denied.